```
BENJAMIN B. WAGNER
United States Attorney
KRISTIN S. DOOR, SBN 84307
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916)554-2723

Attorneys for Plaintiff
United States of America
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>      v.<br><br>APPROXIMATELY $10,923.00 IN<br>U.S. CURRENCY,<br><br>             Defendant. | 1:10-CV-00787-AWI-GSA<br><br>**APPLICATION AND ORDER FOR PUBLICATION** |

The United States of America, Plaintiff herein, applies for an order of publication as follows:

    1.   Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (hereafter "Supplemental Rules") provides that the Plaintiff shall cause public notice of the action to be given in a newspaper of general circulation or on the official internet government forfeiture site;

    2.   Local Rule 171, Eastern District of California, provides that the Court shall designate by order the appropriate newspaper or other vehicle for publication;

    3.   The defendant Approximately $10,923.00 in U.S. Currency

1  (hereafter "defendant currency") was seized in the city of
2  Modesto, in Stanislaus County, California.  The Drug Enforcement
3  Administration ("DEA")  published notice of the non-judicial
4  forfeiture of the defendant currency on February 1, 8, and 15,
5  2010, in *The Wall Street Journal*.
6      4.    Plaintiff proposes that publication be made as follows:
7          a.    One publication;
8          b.    Thirty (30) consecutive days;
9          c.    On the official internet government forfeiture
10 site www.forfeiture.gov;
11         d.    The publication is to include the following:
12             (1)    The Court and case number of the action;
13             (2)    The date of the seizure/posting;
14             (3)    The identity and/or description of the
15 property seized/posted;
16             (4)    The name and address of the attorney for the
17 Plaintiff;
18             (5)    A statement that claims of persons entitled
19 to possession or claiming an interest pursuant to Supplemental
20 Rule G(5) must be filed with the Court and served on the attorney
21 for the Plaintiff no later than 60 days after the first day of
22 publication on the official internet government forfeiture site;
23 and
24             (6)    A statement that answers to the Complaint or
25 a motion under Rule 12 of the Federal Rules of Civil Procedure
26 ("Fed. R. Civ. P.") must be filed and served within 21 days after
27 ///
28 ///

the filing of the claims and, in the absence thereof, default may be entered and condemnation ordered.

Dated: May 4, 2010               BENJAMIN B. WAGNER
                                 United States Attorney


                                 /s/ Kristin S. Door
                                 Kristin S. DOOR
                                 Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

**Dated:   May 6, 2010**              **/s/ Gary S. Austin**
                                 UNITED STATES MAGISTRATE JUDGE