IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:10-cv-00787 AWI JLT |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| v. | (Doc. 27) |
| APPROXIMATELY $10,923.00 IN CURRENCY, | |
| Defendants. | |

Plaintiff initiated this civil forfeiture action on May 4, 2010. On November 5, 2010, Plaintiff filed an *ex parte* request for default judgment against the interests of Jose Luis Palominos, Laura Chavez-Mendoza, and Sonia Mendoza. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19).

On December 14, 2010, the Magistrate Judge filed findings and recommendations recommending that Plaintiff's motion be granted. (Doc. 27.) The findings and recommendations were served on the parties and contained notice that any objections to the findings and recommendations were to be filed within twenty-one days. As of the date of this order, no objections to the findings and recommendations have been filed.

The Court has conducted a de novo review of this case in accordance with 28 U.S.C. 636(b)(1)(C). Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations of the Magistrate Judge filed December 14, 2010, are adopted in full; and

2. Within ten days of the date of service of this order, Plaintiff shall submit a proposed default and final forfeiture judgment consistent with the Magistrate Judge's findings and recommendations to be signed by the District Court.

IT IS SO ORDERED.

Dated:     January 14, 2011

CHIEF UNITED STATES DISTRICT JUDGE