BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
United States Courthouse
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:10-CV-00787-AWI-JLT |
| Plaintiff, | **DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE** |
| v. | |
| APPROXIMATELY $10,923.00 IN U.S. CURRENCY, | |
| Defendant. | |

This matter is before the Court on plaintiff United States' *Ex Parte* Motion for Default Judgment and Final Judgment of Forfeiture filed November 5, 2010. The Magistrate Judge has recommended that the United States' motion for default judgment be granted. The time for objecting to the Findings and Recommendations Recommending the Granting of Plaintiff's Ex Parte Motion for Default Judgment have passed and no timely objections have been filed. An Order Adopting Findings and Recommendations was filed on January 14, 2011. Based on the Magistrate Judge's Findings and Recommendations Recommending the Granting of Plaintiff's Ex Parte Motion for Default Judgment, the Order Adopting Findings and Recommendations, and the files and records of the Court, it is

ORDERED, ADJUDGED, AND DECREED:

1. The Court adopts the Magistrate Judge's December 14, 2010, Findings and Recommendations Recommending the Granting of Plaintiff's Ex Parte Motion for Default Judgment

in full.

2.      Jose Luis Palominos, Laura Chavez-Mendoza, and Sonia Mendoza are held in default.

3.      A judgment by default is hereby entered against any right, title, or interest in the defendant approximately $10,923.00 in U.S. Currency of Jose Luis Palominos, Laura Chavez-Mendoza, Sonia Mendoza, and all other potential claimants who have not filed claims in this action.

4.      A final judgment is hereby entered forfeiting all right, title, and interest in the defendant approximately $10,923.00 in U.S. Currency, to be disposed of according to law, including all right, title, and interest of Jose Luis Palominos, Laura Chavez-Mendoza, and Sonia Mendoza.

5.      All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

Dated:   January 23, 2011

CHIEF UNITED STATES DISTRICT JUDGE

DEFAULT JUDGMENT AND FINAL JUDGMENT OF FORFEITURE    2